IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STUDENTS ENGAGED IN ADVANCING TEXAS; M.F., *by and through next friend* VANESSA FERNANDEZ; *and* Z.B., *by and through next friend* S.B.,<br><br>       *Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, *in his official capacity as the Texas Attorney General*,<br><br>       *Defendant*. | Civil Action No. 1:25-cv-1662-RP |

**STIPULATION FOR EXTENSION OF TIME FOR
PRELIMINARY INJUNCTION RESPONSE AND REPLY**

  Plaintiffs and Defendant hereby stipulate and respectfully ask the Court to extend the time for Defendant to respond to Plaintiffs' Motion for Preliminary Injunction, and for Plaintiffs to file their reply. In support of this stipulation, the parties state as follows:

  1. On October 16, 2025, Plaintiffs filed the Complaint and a Motion for Preliminary Injunction to enjoin enforcement of The Texas App Store Accountability Act, Tex. Bus. & Com. Code § 121.001 *et seq.*

  2. Defendant's deadline to respond to Plaintiffs' Preliminary Injunction is currently November 3, 2025.

  3. In related case No. 1:25cv1660-RP, *Computer & Communications Industry Association v. Paxton*, Defendant's deadline to respond to Plaintiffs' Preliminary Injunction is November 6, 2025.

1

4. To promote efficiency and judicial economy, the parties seek to align the preliminary injunction briefing schedules in both cases. Accordingly, the parties ask that this Court extend Defendant's deadline to respond to Plaintiffs' Preliminary Injunction to November 6, 2025.

5. Additionally, Plaintiffs seek—and Defendant has agreed to—a brief, reciprocal extension of Plaintiffs' reply deadline. The parties therefore also ask that this Court extend Plaintiffs' reply deadline to November 20, 2025.

For the foregoing reasons, the parties respectfully request that this Court grant the requested extensions and enter the following briefing schedule:

| Filing Date | Event |
| --- | --- |
| November 6, 2025 | Defendant's opposition deadline |
| November 20, 2025 | Plaintiffs' reply deadline |

Dated: November 3, 2025

Respectfully submitted,

*/s/     Ambika Kumar*
Ambika Kumar (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

*Attorneys for Plaintiffs*

*/s/     Zachary Berg*
Zachary Berg (TX Bar #24107706)
Office of the Texas Attorney General
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548
(512) 936-1808
zachary.berg@oag.texas.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on November 3, 2025, the foregoing was filed electronically with the Court's CM/ECF system and served on all counsel of record who have entered an appearance.

> /s/     *Ambika Kumar*
> Ambika Kumar

## CERTIFICATE OF CONFERENCE

I certify that on October 31, 2025, before filing in this Court, the parties conferred via email on the issues raised in this motion. Counsel for Defendant advised that they agreed with the requested relief.

> /s/     *Ambika Kumar*
> Ambika Kumar