# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| STUDENTS ENGAGED IN ADVANCING TEXAS; M.F., *by and through next friend* VANESSA FERNANDEZ; *and* Z.B., *by and through next friend* S.B., <br><br>                *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, *in his official capacity as the Texas Attorney General*, <br><br>                *Defendant*. | Civil Action No. 1:25-cv-1662-RP |

## [PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

This matter is before the Court on Defendant and Plaintiffs' stipulation and request for an extension of time for Defendant to respond to Plaintiffs' Motion for Preliminary Injunction and Plaintiffs to file a reply. Being so advised, the Court hereby finds that the request for extension should be GRANTED.

It is therefore ORDERED that Defendant shall file its response to Plaintiffs' Motion on November 6, 2025, and Plaintiffs shall file their reply on November 20, 2025.

IT IS SO ORDERED.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE