IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, § § § | | |
| Plaintiff, § | | |
| v. § | | 1:25-CV-1660-RP |
| KEN PAXTON *in his official capacity as Attorney General of Texas*, § § § | | |
| Defendant. § | | |

_____

| | | |
|---|---|---|
| STUDENTS ENGAGED IN ADVANCING TEXAS, et al., § § § | | |
| Plaintiffs, § | | |
| v. § | | 1:25-CV-1662-RP |
| KEN PAXTON *in his official capacity as the Texas Attorney General*, § § § | | |
| Defendant. § | | |

## **ORDER**

The Court **SETS** Plaintiffs Students Engaged in Advancing Texas, M.F. by and through next friend, Vanessa Fernandez, and Z.B., by and through next friend, S.B.,'s Motion for Preliminary Injunction, (Case No. 1:25-CV-1662-RP, Dkt. 5), and Plaintiff Computer & Communications Industry Association's Motion for Preliminary Injunction, (Case No. 1:25-CV-1660-RP, Dkt. 15), for a consolidated hearing at **10:00 am Central Time on Tuesday, December 16, 2025**, in Courtroom Four on the fifth floor of the Federal Courthouse located at 501 W. 5th Street, Austin, Texas 78701 before Judge Robert Pitman. Plaintiffs and Defendant will each be allotted 30 minutes for argument.

Plaintiffs shall work together and reach agreement on how to allocate and divide the 30 minute argument time between them.

Should any party choose to present witnesses during the preliminary injunction hearing, they must file a notice with the Court including a witness list on or before **November 25, 2025**. Should any party choose to present witnesses during the preliminary injunction hearing in response to a notice that is filed by November 25, they must file a responsive notice with the Court including a witness list on or before **December 1, 2025**.

**SIGNED** on November 20, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE