

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

May 1, 2026

**Via ECF**
Hon. Robert Pitman
United States District Court of the Western District of Texas
501 West 5th Street, Suite 5300
Austin, TX 78701

     **Re:**     No. 1:25-cv-01662, *Students Engaged in Advancing Texas v. Paxton*

Dear Judge Pitman:

On January 23, 2026, Attorney General Paxton filed an Opposed Motion to Stay Preliminary Injunction Pending Appeal. Dkt. 42. The Motion addressed the State's likelihood of success on appeal, the irreparable harm to the State of Texas absent a stay, and the balancing of equities and public interest. Plaintiffs filed a response opposing such relief on February 6, 2026. Dkt. 46.

Defendant Paxton respectfully requests that the Court consider and rule upon his Opposed Motion to Stay on or before Friday, May 8, 2026. If the Court is unable to consider Defendant's Motion by such time, or if it denies the relief requested, then Defendant Paxton intends to seek identical relief in the Fifth Circuit.

     Sincerely,

     */s/ Zachary W. Berg*
     Zachary W. Berg
     *Counsel for Attorney General Paxton*

Page 2

cc:    **Via ECF**
Adam S. Sieff
Haley B. Zoffer
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
adamsieff@dwt.com
haleyzoffer@dwt.com

Abigail B. Everdell
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
abigaileverdell@dwt.com

Ambika Kumar
Erwin Reschke
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
ambikakumar@dwt.com
erwinreschke@dwt.com

David M. Gossett
Celyra Myers
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
davidgossett@dwt.com
celyramyers@dwt.com

*Counsel for Plaintiffs*